# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| KITSAP RIFLE AND REVOLVER CLUB,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHLAND INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON<br><br>Defendant. | No. 3:11-CV-05021<br><br>**ORDER GRANTING STAY** |

This Court, having reviewed the Stipulated Motion by Plaintiff Kitsap Rifle and Revolver Club ("KRRC"), Defendant Certain Underwriters at Lloyd's, London ("Underwriters"), and Defendant Northland Insurance Company ("Northland") for a stay of proceedings, hereby ORDERS:

That the court approves the Stipulated Motion.

It is ORDERED that this Case is hereby STAYED, all deadlines, including the pending trial date are hereby stricken, and the case will be administratively closed.

It is ORDERED that the stay may be lifted upon agreement of the parties, by motion of any party, or by order of the Court.

ORDER FOR STAY - 1
C:\USERS\TGRAHAM\APPDATA\LOCAL\TEMP\NOTES5D40ED\PROPOSED ORDER FOR STAY.DOC

LETHER & ASSOCIATES PLLC.
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444 F: (206) 467-5544

1  It is further ORDERED that upon any order by this Court lifting of the Stay, the Court will issue a new scheduling order or will order that the parties confer and stipulate to an agreed case scheduling order.

DATED this 21st day of March, 2012.

*signature*

BENJAMIN H. SETTLE
United States District Judge

**STIPULATED MOTION BY PLAINTIFF, DEFENDANT NORTHLAND, AND DEFENDANT UNDERWRITERS TO STAY CASE - 2**
C:\USERS\TGRAHAM\APPDATA\LOCAL\TEMP\NOTES5D40ED\PROPOSED ORDER FOR STAY.DOC

Lether & Associates PLLC.
3316 Fuhrman Ave. E., STE 250
Seattle, Washington 98102
P: (206) 467-5444  F: (206) 467-5544