Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KISTAP RIFLE AND REVOLVER CLUB,<br><br>Plaintiff,<br><br>v.<br><br>NORTHLAND INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Defendants. | Case No. 3:11-CV-05021-BHS<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MODIFY ORDER SETTING JURY TRIAL AND PRETRIAL DATES** |

Before the Court is *Plaintiff's Unopposed Motion to Modify Order Setting Jury Trial and Pretrial Dates* (the "Motion") filed by Plaintiff Kitsap Rifle and Revolver Club.

Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED such that the deadline for amending pleadings is extended from September 6, 2022, to October 6, 2022.

IT IS SO ORDERED.

DATED this 6th day of September, 2022.

BENJAMIN H. SETTLE
United States District Judge

Page 1 – ORDER GRANTING UNOPPOSED MOTION TO MODIFY ORDER SETTING JURY TRIAL AND PRETRIAL DATES – Case No. 3:11-CV-05021-BHS

PRESENTED BY:

CHENOWETH LAW GROUP, PC

s/ *Brooks M. Foster*
Brooks M. Foster, WSBA No. 58719
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: (503) 221-7958
Emails: bfoster@chenowethlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Skylar Washabaugh, hereby certify under penalty of perjury of the laws of the State of Washington that on September 1, 2022, I caused the foregoing **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY ORDER SETTING JURY TRIAL AND PRETRIAL DATES** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Thomas Lether
Eric J. Neal
Kasie Kashimoto
Lether Law Grop
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
tlether@letherlaw.com
eneal@letherlaw.com
kkashimoto@letherlaw.com

*Attorneys for Defendant Northland Insurance Company*

J.C. Ditzler
Jonathan Toren
Cozen O'Connor
999 Third Avenue, Suite 5200
Seattle, WA 98104
jditzler@cozen.com
jtoren@cozen.com

*Attorneys for Defendant Certain Underwriters at Lloyd's, London*

Dated this 1st day of September, 2022

*s/* ____________________
Skylar Washabaugh, Paralegal

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, 4th Floor**
**Portland, OR 97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: bfoster@chenowethlaw.com**