Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KISTAP RIFLE AND REVOLVER CLUB,<br><br>Plaintiff,<br><br>v.<br><br>NORTHLAND INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Defendants. | Case No. 3:11-CV-05021-BHS<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Before the Court is *Plaintiff's Unopposed Motion to Modify Summary Judgment Briefing Schedule* (the "Motion") filed by Plaintiff Kitsap Rifle and Revolver Club.

Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED such that the briefing schedule proposed in the Motion is approved.  IT IS SO ORDERED.

DATED this 20th day of April, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:

CHENOWETH LAW GROUP, PC

s/ *Brooks M. Foster*
Brooks M. Foster, WSBA No. 58719
510 SW Fifth Avenue, Fourth Floor
Portland, OR 97204
Telephone: (503) 221-7958
Emails: bfoster@chenowethlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF ELECTRONIC SERVICE

I, Skylar Washabaugh, hereby certify under penalty of perjury of the laws of the State of Washington that on April 20, 2023, I caused the foregoing PROPOSED ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Thomas Lether
Eric J. Neal
Kasie Kashimoto
Lether Law Grop
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
tlether@letherlaw.com
eneal@letherlaw.com
kkashimoto@letherlaw.com

*Attorneys for Defendant Northland Insurance Company*

Dated: April 20, 2023

*s/ Skylar Washabaugh*
Skylar Washabaugh, Paralegal

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, 4th Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com

Page 1 – CERTIFICATE OF SERVICE