UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KITSAP RIFLE AND REVOLVER CLUB,<br><br>Plaintiff,<br><br>v.<br><br>NORTHLAND INSURANCE COMPANY,<br><br>Defendant. | No. 3:11-cv-05021-BHS<br><br>**ORDER GRANTING STIPULATED MOTION TO RESCHEDULE SPECIFIC PRE-TRIAL DEADLINES** |

Having considered the Parties' Stipulated Motion to Reschedule Specific Pre-Trial Deadlines, as well as the records and pleadings already on file, it is hereby ORDERED that the following discovery-related and dispositive motion deadlines in this case be rescheduled as follows:

| Event | New Deadline |
|---|---|
| Disclosure of Expert Testimony | July 21, 2023 |
| Disclosure of Rebuttal Expert Testimony | August 18, 2023 |
| Filing of Discovery Motions | August 25, 2023 |
| Completion of Discovery | September 1, 2023 |
| Filing of Dispositive Motions | September 15, 2023 |

DATED this 27th day of April, 2023.

BENJAMIN H. SETTLE
United States District Judge

1
2  Presented by:

3  LETHER LAW GROUP

4  */s/ Eric J. Neal*
Eric J. Neal, WSBA #31863
5  Kasie Kashimoto, WSBA #54268
1848 Westlake Ave N., Suite 100
6  Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
7  eneal@letherlaw.com
kkashimoto@letheraw.com
8  *Counsel for Northland Insurance Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED
MOTION TO RESCHEDULE
SPECIFIC PRE-TRIAL DEADLINES
– 3:11-cv-05021-BHS – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N. STE. 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544