UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KITSAP RIFLE AND REVOLVER CLUB,<br><br>               Plaintiff,<br><br>   v.<br><br>NORTHLAND INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. C11-5021 BHS<br><br>ORDER |

THIS MATTER is before the Court on plaintiff Kitsap Rifle and Revolver Club (KRRC)'s motion for reconsideration, Dkt. 110, of the Court's Order, Dkt. 108, granting defendant Northland Insurance Company's summary judgment motion, Dkt. 85.

KRRC asserts that the Court erred in failing to determine as a matter of law that KRRC had a past duty to defend, and the specific date on which that duty attached, notwithstanding the fact that Northland defended KRRC in the underlying lawsuit from January 27, 2011, through the date of this Court's Order. It argues that the date the duty was triggered is important for its claim to *Olympic Steamship* attorneys' fees. It also

argues that Northland remains responsible for past defense costs of "more than $48,000." Dkt. 110 at 5–7.

Under Local Civil Rule 7(h), the Court cannot grant a motion for reconsideration unless the opposing party has an opportunity to respond.

The Court therefore **REQUESTS** that Defendant Northland respond to KRRC's motion for reconsideration. The response should address KRRC's arguments about the "trigger date" and its importance, and KRRC's apparent claim for *Olympic Steamship* fees between October 28, 2010, and January 27, 2011. It is not clear to the Court whether the $48,000 relates to that limited time period, or reflects counsel's bill for other defense work performed during the underlying litigation. The response should be filed by March 28, 2024, and should not exceed ten pages. KRRC may file a reply not exceeding five pages by April 4.

The clerk shall **RENOTE** the motion for reconsideration for April 5, 2024.

**IT IS SO ORDERED**.

Dated this 14th day of March, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2